1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY C. HERNANDEZ,                        No.  2:20-cv-2374-EFB P

12                   Plaintiff,

13          v.                                    ORDER

14   GREEN, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On January 28, 2021, the court informed plaintiff that he could either proceed on

19   certain claims identified by the court as potentially cognizable or amend his complaint.  ECF No.

20   11.  On February 8, 2021, plaintiff notified the court that he intended to file a second amended

21   complaint.  ECF No. 12.

22          Accordingly, it is ORDERED that:

23          1. Within thirty days from the date of service of this order, plaintiff shall file a second

24   amended complaint; and

25          2. Failure to comply with any part of this order may result in dismissal of this action.

26   DATED:  February 16, 2021.

27

28                                       _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE